**Order entered October 31, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00862-CV

### DEBORAH ANN PRUITT, Appellant

### V.

### DOROTHY JEAN MULCIHY HYDE, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-01834-B**

### ORDER

By letter dated September 12, 2022, we notified appellant her brief was not in compliance with rule 38 of the Texas Rules of Appellate Procedure and directed her to file an amended brief with ten days. Appellant declined to do so. Accordingly, we **ORDER** the appeal submitted on appellant's August 31, 2022 amended brief. Appellee's brief is due by **December 1, 2022**.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE